**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S) THE JAMES LAW FIRM PLLC   PH: (914) 358-6423
445 HAMILTON AVE. STE. 1102 WHITE PLAINS, NEW YORK 10601

Civil Number: 7:15-cv-04732-JMF
Date Filed: 12/14/2015
Court/Return Date:

Malibu Media, LLC                                                                 *Plaintiff*

vs

▬▬▬▬▬                                                                             *Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:                **AFFIDAVIT OF SERVICE**

▬▬▬▬▬, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On <u>February 2, 2016</u>, at <u>7:20 AM</u> at ▬▬▬▬▬ Deponent served the within **Summons in a Civil Action; Amended Complaint; Exhibit A & B;**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On ▬▬▬▬▬ <u>Respondent</u> therein named, ( hereinafter referred to as "subject").

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White      Color of hair: Black   Age: 36-50
Height: 5ft4in-5ft8in      Weight: 131-160 Lbs.   Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on February 3, 2016

Ellen Eakley
NOTARY PUBLIC STATE OF New York
No. 01EA5085889; Qualified in Westchester County
Commission Expires September 29th 2017

Process Server, Please Sign
Naeem Price
Job #: 1602621   Lic#
Client's File No.:

*INTER COUNTY JUDICIAL SERVICES, LLC, 901 NORTH BROADWAY SUITE 18, NORTH WHITE PLAINS NY 10603 LICENSE # 1371771*